IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEITH BARNES,

    Plaintiff,

vs.                       CASE NO. 5:08cv298/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 30) and Plaintiff's Objections (Doc. 32). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Commissioner's decision is affirmed. Judgment is entered in favor of Defendant.

3. The clerk is directed to close the file.

**ORDERED** on September 22, 2009.

            /S/ Richard Smoak
            **RICHARD SMOAK**
            **UNITED STATES DISTRICT JUDGE**